Case 1:25-mj-00145-MAU    Document 1-1

Case: 1:25-mj-00145
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/18/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On August 16, 2025, at approximately 1:36 AM, United States Secret Service Sergeant Kevin Schall, Bage # S489, observed an individual (herein referenced as Rashad ALLEN) kick an unknown female. The altercation occurred in the 2400 block of Alabama Avenue SE in Washington, DC.

As officers began running toward the altercation, ALLEN ran away, and a brief foot chase ensued. While attempting to detain ALLEN, officers took ALLEN to the ground. Once on the ground, ALLEN actively resisted officers by: (i) refusing to provide his arms to officers; (ii) flailing his arms; and (iii) tucking his arms under his chest. It took four Secret Service Officers to get ALLEN into control and eventually, they were able to handcuff ALLEN. One of the arresting officers, a United States Secret Service Special Agent (herein referenced as V-1), suffered a laceration to his left hand and an abrasion to his left knee while attempting to detain ALLEN.

 

*Figures 1 and 2 – Abrasion to V-1's left knee and laceration to V-1's left hand.*

At the time of the offense, V-1 was an employee of the United States and acting in performance of his official duties. During a search of ALLEN's person, officers recovered a switchblade style knife.



*Figure 3 – Knife recovered on ALLEN's person.*

As such, your affiant submits that probable cause exists to charge Rashad ALLEN (DOB XX/XX/XXXX) with a violation of 18 U.S.C. § 111(a)(1) **(Assaulting, resisting, or impeding a federal law enforcement officer (felony) while engaged in or on account of the performance of his official duties)**.

Special Agent Joseph Prendergast
Federal Bureau of Investigation

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 18th day of August 2025.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE