**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal No. 25-MJ-145** |
| **RASHAD ALLEN** | |
| **Defendant.** | |

**ORDER**

Upon consideration of the government's motion to dismiss the complaint without prejudice, and for good cause shown, it is hereby: ORDERED that the motion is GRANTED.  The complaint against Mr. Allen is hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that the preliminary hearing scheduled for Friday, September 19, 2025 at 11:00 a.m. is VACATED.

SO ORDERED.

Date: _____09/18/2025_____

_____
MATTHEW J. SHARBAUGH
United States Magistrate Judge